IN THE UNITED STATES DISTRICT COURT
FOR THE _6th_ DISTRICT OF _____
_Western_ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 MAY 27 PM 4: 22

Lynell Willis

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Kimberly W. Shumate %
Department of Justice
D. O. J.

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___3:21cv-349-BJB___
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
                *(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Lynell Willis_
Street Address _503 Tami Court_
City and County _E-town - Hardin_
State and Zip Code _Ky. 42701_
Telephone Number _(346) 606-0390_
E-mail Address _jamesbycle@yahoo.com_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Kimberly W. Shumate_
Job or Title (if known) _District Judge Hardin Co., Ky._
Street Address _120 East Dixie Hwy._
City and County _E-town- Hardin_
State and Zip Code _Ky. 42701_
Telephone Number _(270)_
E-mail Address (if known) _____

Defendant No. 2

Name _Dept. of Juvenile Justice_
Job or Title (if known) _____
Street Address _1025 Capital Center Dr._
City and County _Frankfort - Franklin_

2

State and Zip Code    Ky - 40401

Telephone Number    502 - 573 - 2044

E-mail Address

(if known)

Defendant No. 3

Name

Job or Title

(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

(if known)

Defendant No. 4

Name

Job or Title

(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question               ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Knowledgeable kidnap, providing paper documentation carry original seals to a unknow social security card, birthcertificate administering time to a adult as a juvenile administering suborning perjury

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship** Causing visual deformality, menu

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Lynell Willis ____, is a citizen of the State of *(name)* _____ Ky. _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Kimberly Shunck, is a citizen of the State of *(name)* _____ Ky _____. Or is a citizen of *(foreign nation)* ____ U. S. A. ____.

b.   If the defendant is a corporation

The defendant, *(name)* Department of Juvenile Justice , is
incorporated under the laws of the State of *(name)*
Ky. , and has its principal place of
business in the State of *(name)* Ky . *Or is*
incorporated under the laws of *(foreign nation)*
U.S.A. , and has its principal place of
business in *(name)* Department of Juvenile Justice

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

2.1 million, Useage of scapegoat by Shumate
causing civil visual destruction deformalities
in hidden, unaware about, or uncovered crimes.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

In April 2002 I secured from the 21st to the 27 in juvenile
detention, I was told 90 days would be a sentence and
87 day would be left to serve by Ms. Shumate on 22-4-0
On 17-5-02 I was picked up; taken to the juvenile
jail; on the 21st was told I need to serve the rest of
my time of 87 days; would be released on the 9th of
July 3 days after my birthday, however, only 54 days
were served? I'm a DACA child/Adult dealing with the
suborning perjury judge in the 2nd degree; 1st in
superior courts, under the gibbous moon that year 53 days

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like the courts to remove Shumate from the bench/position since she knowingly carried information within her and provided others about my DACCA report, has been suborning perjury to her superiors, transfering it unto me causing visual deformities, erase my adult criminal record, pay me ~~$10,000~~ 00 $10,000.00, provide new social security number and name, pay my mom 30 million dollars for mental & physical health issues, & my family 13 million dollars each

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*for the same thing As well a pay me for the 240 suit I sent you guys against Larry Holbert, Mark East ; Kim Shumate. TO also pay for the reversal of my U.S. citizenship.*

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 22 May , 2021.

Signature of Plaintiff _____

Printed Name of Plaintiff Lynell Willis Jr. _____

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

Lynell Willis
503 Tami Court
E-town, Ky. 42701

21 MAY 27 PM 4:22

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

LOUISVILLE KY  400
25 MAY 2021  PM 2  L

Gene Snyder Courthouse % Judge
Charles Simpson III Rm. 247
601 West Broadway
Louisville, Ky. 40202

40202-222